UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICAL TESFAY BOKRETSION, et al,<br><br>Plaintiffs,<br>v.<br><br>MARKWAYNE MULLIN, et al,<br><br>Defendants. | Case No. 2:26-cv-02407-TLF<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION |

This matter comes before the Court on the parties' Stipulated Motion for Extension of Time to Respond to Complaint. Dkt. 6. The Court **GRANTS** the motion and **ORDERS**:

- Defendants shall file their answer or other response to the complaint **on or before October 30, 2026**.

Dated this 4th day of September, 2026.

Theresa L. Fricke
United States Magistrate Judge